# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO.: 3:17-CR-073-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ALEJANDRO CHAVEZ-LOPEZ, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion In Limine To Produce Discovery" (Document No.78) filed July 4, 2017. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion as moot. The undersigned has learned that the confidential informant, who is the subject of the motion, will not be called as a witness by the Government, thus rendering the motion moot. The case is now concluded.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion In Limine To Produce Discovery" (Document No.78) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: July 11, 2017

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.