IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CR-073-RJC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ALEJANDRO CHAVEZ-LOPEZ, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 141) filed by Christopher G. Fialko, concerning Blair R. Zwillman, on February 9, 2021. Blair R. Zwillman seeks to appear as counsel *pro hac vice* for Defendant Alejandro Chavez-Lopez. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 141) is **GRANTED**. Blair R. Zwillman is hereby admitted *pro hac vice* to represent Defendant.

Signed: February 9, 2021

David C. Keesler
United States Magistrate Judge