IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00073-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEJANDRO CHAVEZ-LOPEZ (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for a reduced sentence pursuant to § 404 of the First Step Act of 2018, Pub. L. 115-135 (2018). (Doc. No. 148).

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion for sentence reduction within thirty (30) days of the entry of this Order.

Signed: June 21, 2022

Robert J. Conrad, Jr.
United States District Judge