IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00073-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEJANDRO CHAVEZ-LOPEZ (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit, (Doc. No. 167: Opinion; Doc. No. 168: Mandate), regarding the defendant's Motion for Compassionate Release.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within thirty (30) days of the entry of this Order.

Signed: January 14, 2025

Robert J. Conrad, Jr.
United States District Judge